UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
NIKIE M. KING,

               Plaintiff,

    v.

ST. JOHN'S MISSIONARY BAPTIST
CHURCH, *et al.*,

               Defendants.
_____

Case No. C19-0762RSL

ORDER TO SHOW CAUSE

On May 19, 2019, plaintiff lodged a complaint in this Court seeking damages against defendants for alleged discrimination and attempted murder occurring while plaintiff and her children lived in Florida. Pursuant to 28 U.S.C. § 1391(b), civil actions in federal court may be brought, with limited exceptions, only in the judicial district where defendants reside or in a judicial district in which a substantial part of the events giving rise to the claim occurred. Because this action apparently involves defendants who resides in, and conduct which occurred in, Florida, venue does not lie in this judicial district.

Plaintiff is therefore ORDERED TO SHOW CAUSE why the above-captioned matter should not be dismissed for improper venue under 28 U.S.C. § 1406(a). Plaintiff shall file her response within twenty-one (21) days of the date of this Order.

ORDER TO SHOW CAUSE

1   Dated this 18th day of June, 2019.

2   *Robert S. Lasnik*
    Robert S. Lasnik
3   United States District Judge