UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NIKIE M. KING, | |
| Plaintiff, | Case No. C19-0762RSL |
| v. | |
| ST. JOHN'S MISSIONARY BAPTIST CHURCH, *et al.*, | ORDER OF DISMISSAL |
| Defendants. | |

On May 19, 2019, plaintiff lodged a complaint in this Court seeking damages against defendants for alleged discrimination and attempted murder occurring while plaintiff and her children lived in Florida. Pursuant to 28 U.S.C. § 1391(b), civil actions in federal court may be brought, with limited exceptions, only in the judicial district where defendants reside or in a judicial district in which a substantial part of the events giving rise to the claim occurred. Because this action apparently involves defendants who resides in, and conduct which occurred in, Florida, venue does not lie in this judicial district.

Plaintiff was ordered to show cause why the above-captioned matter should not be dismissed for improper venue under 28 U.S.C. § 1406(a). Plaintiff did not timely respond. The matter is therefore DISMISSED for improper venue.

ORDER OF DISMISSAL

Dated this 10th day of July, 2019.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge